**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 30, 2022

> Application GRANTED. The pretrial conference is hereby ADJOURNED to June 2, 2022, at 2:30 p.m. Time is excluded in the interests of justice from today, March 31, 2022, until June 2, 2022, for the reasons set forth in the Defendant's letter. The Clerk of Court is directed to terminate Doc. #16. SO ORDERED.
>
> /s/ Jesse M. Furman
> March 31, 2022

**BY EMAIL**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
Email: Furman_NYSDChambers@nysd.uscourts.gov

Re:   **United States v. David Vieser, 22 CR 101 (JMF)**

Dear Judge Furman:

Pursuant to this Court's March 28, 2022 order, *see* ECF No. 15, I write to respectfully request that Mr. Vieser's April 11, 2022 status conference be adjourned. For the reasons set forth below, Mr. Vieser requests a continuance of 45 days. I have conferred with AUSA Matthew Weinberg and understand the government consents to this request.

As indicated to the Court at the conference on February 18, 2022, the defense is preparing a mitigation package in this matter. That package requires completion of an evaluation of Mr. Vieser. However, due both to delays obtaining Mr. Vieser's medical records, as well as Mr. Vieser's recent, voluntary admission into a 28-day inpatient rehabilitation program, scheduling of that evaluation has been delayed. I currently anticipate the evaluation will be conducted the week of April 25, 2022, after which written materials in support of his mitigation package can be finalized. Accordingly, the defense requests a 45-day adjournment of the conference currently scheduled for April 11, 2022, and further consents to excluding time under the Speedy Trial Act until the new date. As noted above, the government consents to this request.

Sincerely,

 /s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSAs Matthew Weinberg