

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2022

**BY EMAIL AND ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. David Vieser*, 22 Cr. 101 (JMF)

Dear Judge Furman:

The Government writes, consistent with its letter of September 23 (*see* ECF Nos. 33, 35), to provide an update on the Government's receipt of a report from the National Center of Missing and Exploited Children ("NCMEC") identifying specific victims in this case so that any relevant victim statements can be submitted to the Court in advance of sentencing, as required by the Crime Victims Rights Act. *See* 18 U.S.C. § 3771. The Government has not yet received a report from NCMEC, but understands that NCMEC is expediting completion of the report and that it is likely to be available in the next two weeks. After the report is completed, the Government will work quickly to identify and submit any statements from identified victims.

The Government therefore requests an adjournment of the sentencing for approximately 30 days. The Government has conferred with defense counsel and understands that, while it is the defendant's preference to proceed with sentencing on October 4, 2022, the defendant and counsel can also be available for sentencing on November 2-4 or November 8-9.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Matthew Weinberg
Matthew Weinberg
Assistant United States Attorney
(212) 637-2386

Given the right of any crime victims to be heard in connection with sentencing, the application is GRANTED. Sentencing is adjourned to **November 3, 2022**, at 2:15 p.m. The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

*[signature]*
September 29, 2022

cc: Hannah McCrea, Esq. (by Email and ECF)